Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:                                           :
Fosamax Products Liability Litigation            :
-------------------------------------------------x
*This Document Relates to:*                      :   1:06-md-1789 (JFK)
Carol Koehler                                    :
v. Merck & Co., Inc.                             :
                                                 :
Case No: 1:08-cv-03798-JFK                       :   **Rule 7.1 Statement**
-------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       June 9, 2008

                                                        Respectfully submitted,

                                                        HUGHES HUBBARD & REED LLP

                                                        By: /s/_____
                                                           Norman C. Kleinberg
                                                            Theodore V. H. Mayer
                                                           William J. Beausoleil

                                                       One Battery Park Plaza
                                                       New York, New York 10004-1482
                                                       (212) 837-6000
                                                       beausole@hugheshubbard.com
                                                       kleinber@hugheshubbard.com
                                                       mayer@hugheshubbard.com
                                                       *Attorneys for Defendant Merck & Co., Inc.*